COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 July 27, 2016
 No. 10-16-00236-CR
 KIHEEM GRANT
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 278[th] District Court
 Walker County, Texas
 Trial Court No. 27563
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that it does not have jurisdiction of the appeal, it is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk